E-FILED
Friday, 05 August, 2005  01:54:29 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **BORDER MAGIC, LLC and** ) <br> **E. BERGMAN CO., doing business** ) <br> **as Border Magic,** ) <br>                        **Plaintiffs,** ) <br>    **v.** ) <br>                                  ) <br> **HANK HINCHLEY and** ) <br> **CUSTOM CONCRETE, LLC,** ) <br> **doing business as Border Magic of** ) <br> **Northern Colorado LLC,** ) <br>                                  ) <br>                        **Defendants.** ) | **Case No. 04-2257** |

## REPORT AND RECOMMENDATION

      The Complaint in this case was filed on November 18, 2004. Due to lack of progress, the Court entered an Order (#9) on July 13, 2005, directing Plaintiffs to appear on July 25, 2005, to show cause why the suit should not be dismissed for lack of prosecution. Plaintiffs failed to appear on said date. They have offered no explanation as to the lack of progress in the case. They have not sought any extensions of time in which to complete service of process. It appears they have totally abandoned the lawsuit.

      Accordingly, I now recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that this case be dismissed for want of prosecution.

      The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

      ENTER this 5th day of August, 2005

                                                                           s/ DAVID G. BERNTHAL
                                                                     U.S. MAGISTRATE JUDGE