E-FILED
Monday, 22 August, 2005  02:30:46 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **BORDER MAGIC, LLC and E. BERGMAN CO., doing business as Border Magic,** )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**HANK HINCHLEY and CUSTOM CONCRETE, LLC, doing business as Border Magic of Northern Colorado LLC,** )<br>)<br>**Defendants.** ) | Case No. 04-CV-2257 |

## ORDER

A Report and Recommendation (#10) was filed by the Magistrate Judge in the above cause on August 5, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#10) is accepted by this court.

(2) This case is dismissed for want of prosecution.

(3) This case is terminated.

ENTERED this 22nd day of August, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE